UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| VICKI GAIL BULLARD OSTERMAIR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LABORATORY CORPORATION and )<br>ANGELA DUNCAN ROBINSON, )<br>)<br>Defendants. ) | Case No. CV405-130 |

### REPORT AND RECOMMENDATION

Defendants have filed a motion to dismiss plaintiff's claims against Angela Duncan in the above case. Doc. 11. Defendants claim that plaintiff's Title VII claims against Duncan fail to state a claim upon which relief can be granted. Id. For the following reasons, defendants' motion should be GRANTED.

Plaintiff filed her formal Title VII complaint on September 7, 2005 alleging defendants discriminated against her on the basis of her race. Doc. 4. Plaintiff named both her former employer, Laboratory Corporation of America Holdings, and supervisor, Angela Duncan, as defendants. Id.

Defendants filed the instant motion to dismiss the claims against Duncan on the ground that Title VII only provides a cause of action against the employer, not individual employees. Doc. 11. Plaintiff filed a response, which she titled a "motion not to dismiss," but failed to address defendants' motion to dismiss Duncan and instead asked the Court not to dismiss defendant Laboratory Corporation. Doc. 14. Defendants filed a reply to this response which noted plaintiff's failure to address the motion to dismiss Duncan and reiterated their request that the Court dismiss the claims against Duncan. Doc. 17.

Plaintiff seeks relief under Title VII. The Eleventh Circuit has specifically held that the proper defendant in such cases is the employer, not the individuals whose actions may constitute violations of the statute. See Smith v. Lomax, 45 F.3d 402, 403 n.4 (11th Cir. 1995) (noting that individuals "cannot be held liable under...Title VII"); Busby v. City of Orlando, 931 F.2d 764, 772 (11th Cir. 1991) ("[T]he proper method for a plaintiff to recover under Title VII is by suing the employer . . . ."). In this case, plaintiff's former employer, Laboratory Corporation of America Holdings, is properly named as a defendant. Plaintiff's claim against

2

Duncan is improper, as she is not an appropriate party against whom to seek the relief plaintiff requests in this case. Accordingly, defendants' motion to dismiss should be GRANTED. Plaintiff's complaint as to defendant Angela Duncan should be DISMISSED.

**SO REPORTED AND RECOMMENDED** this 28Th day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA