UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 MAR 24 AM 8: 37

CLERK _____
SO. DIST. OF GA.

VICKI GAIL BULLARD OSTERMAIR, )
)
    Plaintiff, )
)
v. ) Case No. CV405-130
)
LABORATORY CORPORATION and )
ANGELA DUNCAN ROBINSON, )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 24 day of March, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA