FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 JAN 16 AM 9:28
CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| VICKI GAIL BULLARD OSTERMAIR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV405-130 |
| LABORATORY CORPORATION OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16 day of Jan., 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA